U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of　　　　　　　　　　　　　　　　　　　　　Case Number: 08 CV 3345
KAMIL PASTUSZKA
vs.
KENNETH P. MCNALLY, MIKE REPPE,
and BAR CHICAGO, an Illinois corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, MIKE REPPE and BAR CHICAGO

| | |
|---|---|
| NAME (Type or print) <br> Douglas J. Palandech | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> 　　s/ Douglas J. Palandech | |
| FIRM <br> Foran Glennon Palandech & Ponzi PC | |
| STREET ADDRESS <br> 150 S. Wacker Drive, Suite 1100 | |
| CITY/STATE/ZIP <br> Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 2135388 | TELEPHONE NUMBER <br> 312-863-5000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓　　NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　　NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓　　NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓　　NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |